JS-6

FILED
CLERK, U.S. DISTRICT COURT

10/30/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shirley Stanley, et al.<br><br>Plaintiff,<br><br>v.<br><br>Home Depot USA Inc., et al.<br><br>Defendants. | Case No. CV 15-07299-AB (RAOx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled (*see* Notice of Settlement filed October 26, 2015, Dkt. No. [19]);

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: October 30, 2015

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.